

# THE THIRTEENTH COURT OF APPEALS

## 13-13-00371-CR

Peter Anthony Traylor
v.
The State of Texas

On appeal from the
366th District Court of Collin County, Texas
Trial Cause No. 366-82774-2010

## JUDGMENT

The judgment issued by this Court on May 25, 2017, is hereby withdrawn and the following is substituted therefor.

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be REVERSED and RENDERED and the cause REMANDED to the trial court. The Court orders the judgment of the trial court REVERSED and RENDERED and REMANDED for further proceedings in accordance with its opinion.

We further order this decision certified below for observance.

August 3, 2017